IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RWW PROPERTIES, LLC,

    Plaintiff,　　　　　　　　　　　　　No.  2:13-cv-855 JAM KJN PS

    vs.

DOLORES LUCAS,

    Defendant.　　　　　　　　　　　　　ORDER

_____/

        On May 3, 2013, the magistrate judge filed findings and recommendations (ECF No. 3) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

        Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations (ECF No. 3) are ADOPTED.

2. The action is REMANDED to the Solano County Superior Court.

3. The Clerk of Court is directed to serve a certified copy of this order on the Clerk of the Solano County Superior Court, and reference the state case number (FCM131497) in the proof of service; and

4. The Clerk of Court is directed to close this case and vacate all dates.

DATED: June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE